**STATE of Missouri, Plaintiff-Respondent,**

v.

**Stanley ROBERTS, Defendant-Appellant.**

**No. 51979.**

Missouri Court of Appeals, Eastern District, Division Two.

July 21, 1987.

Motion for Rehearing and/or Transfer Denied Sept. 2, 1987.

Application to Transfer Denied Oct. 13, 1987.

Holly G. Simons, Asst. Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Byrona J. Kincanon, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant was convicted of second degree murder and armed criminal action. No jurisprudential purpose would be served by an opinion. A memorandum setting forth the reasons for affirmance has been furnished to the parties.

Judgment affirmed. Rule 30.25(b).